■ In the Matter of Lakiyah M., a Child Alleged to be Neglected. Shacora M., Appellant; Administration for Children's Services, Respondent. [23 NYS3d 881]—

Order of disposition, Family Court, New York County (Susan K. Knipps, J.), entered on or about January 7, 2015, which, to the extent appealed from as limited by the briefs, brings up for review an order of fact-finding, same court and Judge, entered on or about September 4, 2014, which determined, after a hearing, that respondent mother had neglected her child, unanimously affirmed, without costs.

A preponderance of the evidence established that there was a substantial probability that respondent's untreated psychiatric condition and substance abuse problems would place the child at imminent risk if she were released to respondent's care (*see Matter of Liarah H. [Dora S.]*, 111 AD3d 514, 515 [1st Dept 2013]; Family Ct Act § 1012 [f]). While evidence of a parent's mental illness, standing alone, is not a basis for a finding of neglect, the finding of neglect was appropriate here since respondent displayed a lack of insight into the effect of her illness on her ability to care for the child (*see Matter of Jalicia G. [Jacqueline G.]*, 130 AD3d 402, 403 [1st Dept 2015]). Concur—Saxe, J.P., Moskowitz, Richter and Feinman, JJ.